Lillie Ferguson, Administrator of the Estate of Larry D. Ferguson, and Millard Ferguson and Lillie Ferguson, Plaintiffs-Appellees, v. Toledo, Peoria and Western Railroad, a Corporation, Defendant-Appellant.

Gen. No. 10,423.

Third District.

February 26, 1963.

Rehearing denied April 30, 1963.

Cassidy & Cassidy, of Peoria, for appellant; Costigan & Wollrab, of Bloomington, and Fellheimer & Vicars, of Pontiac, for appellees.

Opinion by JUDGE CARROLL. Not to be published in full.